# United States Court of Appeals
## For the First Circuit

_____

No. 25-1211

FABRICIO FERREIRA GOMES,

Petitioner - Appellant,

v.

ANTONE MONIZ, Superintendent, Plymouth County House of Correction; PATRICIA HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the US Department of Homeland Security,

Respondents - Appellees.
_____

Before

Gelpí, Lynch and Kayatta,
Circuit Judges.
_____

**ORDER OF COURT**

Entered: April 18, 2025

      Petitioner-appellant Fabricio Ferreira Gomes has filed a "second emergency motion for stay of removal." Because petitioner has failed to demonstrate a sufficient likelihood of success on the merits and, more generally, has failed to demonstrate that stay relief is in order, the motion is denied. See Nken v. Holder, 556 U.S. 418, 434 (2009) (discussing traditional stay/injunction factors); Respect Maine PAC v. McKee, 622 F.3d 13, 15 (1st Cir. 2010) (same).

                                            By the Court:

                                            Anastasia Dubrovsky, Clerk

cc:
Annelise Maia Jatoba de Araujo
Michael P. Sady
Rayford A. Farquhar
Aneesa Ahmed